UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | Civil Action No. 22-853 (JMC) |

**JOINT STATUS REPORT**

Plaintiff, American Civil Liberties Union, et al., and Defendant, the United States Department of Justice ("Defendant" or "DOJ"), by and through undersigned counsel, hereby submit this joint status report per the Court's Minute Order of July 27, 2023. The parties report as follows:

Since the last joint status report dated June 11, 2024 (ECF No. 23), the BOP issued productions on June 17, 2024, July 15, 2024, and August 15, 2024. In total, the BOP has issued sixteen rolling releases in this case to date. The seventeenth rolling release will be issued on Monday, September 16, 2024. The search in this case is complete. The BOP has 18,631 estimated pages remaining to process. BOP will continue to process records at the rate of 500 pages per month per this Court's March 18, 2024 Minute Order.

Pursuant to the Court's Minute Order dated July 27, 2023, the next joint status report will be filed on December 11, 2024.

| | |
|---|---|
| Dated: September 11, 2024<br>Washington, DC | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar. #481052<br>United States Attorney |
| */s/ Maria V. Morris*<br>MARIA V. MORRIS<br>ACLU NATIONAL PRISON PROJECT<br>915 15th Street, N.W., 7th Floor<br>Washington, D.C. 20005-2302<br>Telephone: (202) 548-6618<br>Email: mmorris@aclu.org<br><br>*Attorney for Plaintiffs* | BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: */s/ Thomas W. Duffey*<br>   THOMAS W. DUFFEY<br>   Assistant United States Attorney<br>   601 D Street, NW<br>   Washington, DC 20530<br>   Telephone: (202) 252-2510<br>   Thomas.duffey@usdoj.gov<br><br>*Attorneys for Defendant* |

Dated: September 11, 2024  
Washington, DC

*/s/ Maria V. Morris*  
MARIA V. MORRIS  
ACLU NATIONAL PRISON PROJECT  
915 15th Street, N.W., 7th Floor  
Washington, D.C. 20005-2302  
Telephone: (202) 548-6618  
Email: mmorris@aclu.org

*Attorney for Plaintiffs*

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar. #481052  
United States Attorney

BRIAN P. HUDAK  
Chief, Civil Division

By: */s/ Thomas W. Duffey*  
　　THOMAS W. DUFFEY  
　　Assistant United States Attorney  
　　601 D Street, NW  
　　Washington, DC 20530  
　　Telephone: (202) 252-2510  
　　Thomas.duffey@usdoj.gov

*Attorneys for Defendant*