UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> *Defendant*. | Civil Action No. 22-853 (JMC) |

**JOINT STATUS REPORT**

Plaintiff, American Civil Liberties Union, et al., and Defendant, the United States Department of Justice ("Defendant" or "DOJ"), by and through undersigned counsel, hereby submit this joint status report per the Court's Minute Order of July 27, 2023. The parties report as follows:

Since the last joint status report dated September 11, 2024 (ECF No. 24), BOP issued productions on September 16, 2024, and October 30, 2024, which was the final production. BOP reviewed 18,631 pages for the final production. BOP released 19 pages in full, 4 pages in part, and noted 31 pages were duplicates of pages already released. BOP determined 18,577 pages were non-responsive to the request and were not released.

BOP has completed the search for, and processing of, responsive records. In total, the BOP issued eighteen rolling releases in this case. As such, it is BOP's position that BOP has released all responsive, non-exempt records to Plaintiff. Plaintiff is reviewing BOP's releases.

Pursuant to the Court's Minute Order dated July 27, 2023, the next joint status report will be filed on March 11, 2025.

| | |
|---|---|
| Dated: December 11, 2024<br>Washington, DC<br><br>*/s/ Maria V. Morris*<br>MARIA V. MORRIS<br>ACLU NATIONAL PRISON PROJECT<br>915 15th Street, N.W., 7th Floor<br>Washington, D.C. 20005-2302<br>Telephone: (202) 548-6618<br>Email: mmorris@aclu.org<br><br>*Attorney for Plaintiffs* | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar. #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: */s/ Thomas W. Duffey*<br>     THOMAS W. DUFFEY<br>     Assistant United States Attorney<br>     601 D Street, NW<br>     Washington, DC 20530<br>     Telephone: (202) 252-2510<br>     Thomas.duffey@usdoj.gov<br><br>     *Attorneys for Defendant* |

- 2 -